1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DANIEL TAYLOR
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  DEBBIE EVARTT

9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,     )  No. Cr.S-11-00136 DAD
15                               )
                   Plaintiff,    )
16                               )  STIPULATION AND ORDER TO CONTINUE
        v.                       )  JUDGMENT AND SENTENCING DATE
17                               )
   DEBBIE EVARTT,                )
18                               )  Date:  September 6, 2011
                   Defendant.    )  Time:  10:00 a.m.
19                               )  Judge: Hon. Dale A. Drozd
   _____ )
20

21

22 The Defendant, Debbie Evartt, by and through her counsel Linda Harter,

23 Chief Assistant Federal Defender, requests to continue the judgment and

24 sentencing, scheduled for September 6, 2011 at 10:00 a.m., to October

25 11, 2011 at 10:00 a.m. On June 21, 2011, Ms. Evartt pled guilty to the

26 charges against her.  The continuance is necessary to allow for the

27 probation sentencing report to be completed and for defense counsel to

28 raise any necessary objections.  Both Probation and the United States

Attorney's office are in agreement regarding the continuance of this case.

The rest of the sentencing schedule shall be set as follows:

The Proposed Pre-Sentence Report shall be disclosed to counsel no later than 8/30/2011.

Counsel's written objections to the Pre-Sentence Report shall be delivered to the probation Officer and opposing counsel no later than 9/13/2011.

The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than 9/20/2011.

Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than 9/27/2011.

Reply or statement of non-opposition is due on 10/4/2011.

Dated:  July 25, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
DANIEL TAYLOR
Certified Law Student
Attorney for Defendant
DEBBIE EVARTT


Dated: July 25, 2011         BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ David Stevens
                             DAVID STEVENS
                             Assistant U.S. Attorney

[PROPOSED] ORDER TO CONTINUE JUDGMENT AND SENTENCING DATE

ORDER

IT IS SO ORDERED.

DATED: July 26, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
evartt0136.stipo.cont.sent.

[PROPOSED] ORDER TO CONTINUE JUDGMENT AND SENTENCING DATE