

Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA



AUG 20 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Debbie EVARTT |
| **Docket Number:** | 2:11CR00136-01 |
| **Offender Address:** | Redding, California |
| **Judicial Officer:** | Honorable Dale A. Drozd<br>United States Magistrate Judge<br>Sacramento, California |
| **Original Sentence Date:** | 10/19/2011 |
| **Original Offense:** | 18 USC 641 - Theft of Government Property<br>(CLASS A MISDEMEANOR) |
| **Original Sentence:** | 60 months probation; $25 special assessment; $12,662 restitution; Mandatory drug testing. |
| **Special Conditions:** | Warrantless search; Financial disclosure; Credit restrictions; Drug counseling; Drug testing; Alcohol restrictions. |
| **Type of Supervision:** | Supervised Probation |
| **Supervision Commenced:** | 10/19/2011 |
| **Assistant U.S. Attorney:** | Rachana Shah   **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Linda C. Harter   **Telephone:** (916) 498-5700<br>(Chief Assistant Federal Defender) |

**Other Court Action:**

**03/02/2012:**   Non-compliance report submitted advising the Court of the probationer's positive drug test on October 19, 2011, for methamphetamine and marijuana. The Court took no negative action in light of the probationer's substance abuse treatment requirements.

**RE: EVARTT, Debbie**
**Docket Number: 2:11CR00136-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

7. The defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse, for a period of up to 90 days, **and up to 10 additional days for substance abuse detoxification services if deemed necessary.**

**Justification:** The probationer has struggled with substance abuse issues under supervision, as demonstrated by her admissions of daily alcohol use and by positive drug tests on January 5 and July 10 and 19, 2012, for methamphetamine and marijuana.

When supervision began, the probationer did not want to attend a substance abuse treatment program or consider participation in inpatient services. She explained that absences from work for treatment would result in termination. The probation officer eventually developed a good rapport with the probationer in order to foster sobriety. The probationer subsequently participated in an outpatient treatment program, but she recently concluded that she needs additional sobriety assistance in the form of inpatient services. The probation's outpatient substance abuse counselor currently supports an inpatient placement for the probationer, and the probationer has already secured a leave of absence from work.

Considering the above, the probation officer recommends the Court modify conditions of probation to require the probationer to participate in an inpatient substance abuse treatment program for a period of up to 90 days, with a 10 day allowance for detoxification. The probationer has signed a Probation Form 49, which is attached for the Court's review.

RE:   EVARTT, Debbie
      Docket Number:  2:11CR00136-01
      PETITION TO MODIFY THE CONDITIONS OR TERM
      OF SUPERVISION WITH CONSENT OF THE OFFENDER

The probation officer believes that mandatory revocation of probation under 18 USC 3565 is not warranted pursuant to USSG 7B1.4, Application Note Number 6, because the probationer has yet to participate in an inpatient substance abuse treatment program under supervision.

Respectfully submitted,

/s/ R. Walters

**R. WALTERS**
**Senior United States Probation Officer**
Telephone:  (530) 224-7236

DATED:   August 9, 2012
         Redding, California
         RCW:aph

                           /s/ Kyriacos M. Simonidis
REVIEWED BY:   _____
               **KYRIACOS M. SIMONIDIS**
               **Supervising United States Probation Officer**

RE:     **EVARTT, Debbie**
        **Docket Number: 2:11CR00136-01**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## THE COURT ORDERS:

(X)    Modification approved as recommended.

( )    Modification not approved at this time. Probation Officer to contact Court.

( )    Other:

_8/20/12_
**Date**

_Dale A. Dyer_ (signature)
**Signature of Judicial Officer**

cc:    United States Probation
      Rachana Shah, Assistant United States Attorney
      Linda C. Harter, Assistant Federal Defender
      Defendant
      Court File